# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:22−cv−10002−GAD−KGA

Sweigert v. Goodman  
Assigned to: District Judge Gershwin A. Drain  
Referred to: Magistrate Judge Kimberly G. Altman  
Cause: No cause code entered  

Date Filed: 01/03/2022  
Date Terminated: 04/01/2022  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**George Webb Sweigert**       represented by  **George Webb Sweigert**  
1671 W. Stearns Rd.  
Suite E  
Temperance, MI 48182  
503−919−0748  
PRO SE  

V.

**Intervenor Plaintiff**

**D. George Sweigert**       represented by  **D. George Sweigert**  
c/o America's RV  
Mailbox, PMB 13339  
514 Americas Way  
Box Elder, SD 57719  
PRO SE  

V.

**Defendant**

**Jason Goodman**       represented by  **Jason Goodman**  
*Doing business as*      252 7th Avenue  
Crowdsource The Truth     Apt. 6s  
New York, NY 10001  
323−744−7594  
PRO SE  

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2022 | Ï 1 | COMPLAINT filed by George Webb Sweigert against Jason Goodman (DPer) (Entered: 01/03/2022) |
| 01/03/2022 | Ï | Deficiency directed to George Webb Sweigert: Initiating document filed without any form of payment or Application for In Forma Pauperis. (DPer) (Entered: 01/03/2022) |
| 01/07/2022 | Ï 3 | ORDER REASSIGNING CASE from District Judge Stephen J. Murphy, III to District Judge Gershwin A. Drain. (SSch) (Entered: 01/07/2022) |

| 01/07/2022 | ¨ 4 | DECLARATION by D.G. Sweigert (DPer) (Entered: 01/10/2022) |
|---|---|---|
| 01/10/2022 | ¨ 5 | Notice Regarding Parties' Responsibility to Notify Court of Address Changes (KCas) (Entered: 01/10/2022) |
| 01/14/2022 | ¨ 6 | DECLARATION by D.G. Sweigert (DPer) (Entered: 01/14/2022) |
| 01/24/2022 | ¨ 7 | DECLARATION of D.G. Sweigert (document titled Request for Criminal Referral Jason D. Goodman) (DPer) (Entered: 01/24/2022) |
| 01/24/2022 | ¨ 8 | MOTION for leave to amend and enter amended complaint by George Webb Sweigert. (DPer) (Entered: 01/24/2022) |
| 01/24/2022 | ¨ 9 | DECLARATION of D.G. Sweigert (document titled as a Request for Judicial Notice) (DPer) (Entered: 01/25/2022) |
| 01/31/2022 | ¨ 10 | DECLARATION by D.G. Sweigert (document titled as a Request for Judicial Notice) (DPer) (Entered: 01/31/2022) |
| 02/08/2022 | ¨ 11 | DECLARATION of D.G. Sweigert (titled as a Request for Judicial Notice) (DPer) (Entered: 02/08/2022) |
| 02/11/2022 | ¨ 12 | ORDER Enjoining Defendant from Contacting Court Personnel and Family, Requiring Defendant to Show Cause why he should not be Sanctioned and Scheduling Show Cause Hearing. **Show Cause Response due by 2/25/2022, Show Cause Hearing set for 3/4/2022 at 11:00 AM before District Judge Gershwin A. Drain** Signed by District Judge Gershwin A. Drain. (JMcC) (Entered: 02/11/2022) |
| 02/11/2022 | ¨ 13 | ORDER for George Webb Sweigert to Show Cause why this Case should not be Dismissed for Failure to Pay Filing Fee. **Filing fee or a completed application to proceed in forma pauperis must be submitted by 2/16/2022.** Signed by District Judge Gershwin A. Drain. (JMcC) (Entered: 02/11/2022) |
| 02/11/2022 | ¨ | TEXT−ONLY CERTIFICATE OF SERVICE re 12 Order to Show Cause and 13 Order to Show Cause. Documents mailed to Jason Goodman at 252 7th Avenue, No. 6s, New York, NY 10001, and George Webb Sweigert at 209 St. Simons Cove, Peachtree City, GA 30269 (JMcC) (Entered: 02/11/2022) |
| 02/14/2022 | ¨ 14 | AFFIDAVIT in support of dismissal by George Webb Sweigert (DPer) (Entered: 02/14/2022) |
| 02/14/2022 | ¨ 15 | REQUEST for intervention by D. G. Sweigert. (DPer) (Entered: 02/14/2022) |
| 02/14/2022 | ¨ 16 | NOTICE of errata and affidavit in support of sanctions by George Webb Sweigert (DPer) (Entered: 02/14/2022) |
| 02/14/2022 | ¨ | FILING FEE Received in the amount of 402.00 by George Webb Sweigert – Receipt No. DET139559 [No Image Associated with this docket entry] (BHan) (Entered: 02/18/2022) |
| 02/17/2022 | ¨ 17 | NOTICE of payment defamation and false light with jury demand by George Webb Sweigert (DPer) (Entered: 02/17/2022) |
| 02/22/2022 | ¨ 18 | MOTION to Correct Judge's Order Defamation, Libel Per Se, by George Webb Sweigert. (RLou) (Entered: 02/22/2022) |
| 02/22/2022 | ¨ 19 | NOTICE of Related Case, by George Webb Sweigert (RLou) (Entered: 02/22/2022) |
| 02/22/2022 | ¨ 20 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Hearing set for 3/4/2022 11:00 AM before District Judge Gershwin A. Drain** |Zoom Webinar Information: https://www.zoomgov.com/j/1617329964?pwd=angrYzRKd2hRK0d5S1ZoS3JoTlhxdz09 |

| | | |
|---|---|---|
| | | Passcode: 285976 Or One tap mobile : US: +16692545252,,1617329964# or +16692161590,,1617329964#| (TMcg) (Entered: 02/22/2022) |
| 02/22/2022 | Ï | TEXT−ONLY CERTIFICATE OF SERVICE re 20 Notice to Appear, on Jason Goodman at 252 7th Avenue, No 6s, New York, NY 10001, D. G. Sweigert at America's RV Mailbox, PMB 13339, 514 Americas Way, Box Elder, SD 57719, George Webb Sweigert at 209 St. Simons Cove, Peachtree City, GA 30269 (TMcg) (Entered: 02/22/2022) |
| 02/22/2022 | Ï 21 | INTERVENOR COMPLAINT filed by D. George Sweigert against Jason Goodman. (DPer) (Entered: 02/22/2022) |
| 02/22/2022 | Ï 22 | OBJECTION to 12 Show cause order and motion to dismiss by Jason Goodman. (DPer) (Entered: 02/22/2022) |
| 02/22/2022 | Ï 23 | MOTION to correct judge's order by George Webb Sweigert. (DPer) (Entered: 02/23/2022) |
| 02/22/2022 | Ï 24 | NOTICE of related case by George Webb Sweigert (DPer) (Entered: 02/23/2022) |
| 02/22/2022 | Ï 25 | MOTION for proposed intervention by D. George Sweigert. (DPer) (Entered: 02/23/2022) |
| 03/04/2022 | Ï | Minute Entry for Virtual proceedings before District Judge Gershwin A. Drain: Show Cause Hearing held on 3/4/2022 Disposition: Order to Show Cause Taken Under Advisement (Court Reporter: Merilyn Jones) (TMcg) (Entered: 03/04/2022) |
| 03/07/2022 | Ï 26 | MOTION for evidentiary hearing and by George Webb Sweigert. (DPer) (Entered: 03/08/2022) |
| 03/07/2022 | Ï 27 | COPY of protective order from the Southern District of New York (case 20−CV−7269) (DPer) (Entered: 03/08/2022) |
| 03/07/2022 | Ï 28 | SUPPLEMENT to 25 Motion for proposed intervention filed by D. George Sweigert. (DPer) (Entered: 03/08/2022) |
| 03/16/2022 | Ï 29 | NOTICE of Change of Address/Contact Information by George Webb Sweigert. (DPer) (Entered: 03/17/2022) |
| 03/16/2022 | Ï 30 | SUPPLEMENTAL BRIEF in support of 25 Motion for proposed intervention filed by D. George Sweigert. (DPer) (Entered: 03/17/2022) |
| 03/17/2022 | Ï 31 | SUMMONS Issued for *Jason Goodman* (DPer) (Entered: 03/17/2022) |
| 03/17/2022 | Ï 32 | AMENDED OBJECTION to 12 Order to show cause by Jason Goodman. (DPer) (Additional attachment(s) added on 3/18/2022: # 1 Document Continuation Exhibit A, # 2 Document Continuation Exhibit C, # 3 Document Continuation Exhibit E) (DPer). (Entered: 03/18/2022) |
| 03/17/2022 | Ï 33 | MOTION to dismiss by Jason Goodman. (DPer) (Entered: 03/18/2022) |
| 03/18/2022 | Ï 34 | MOTION for leave of Court to file amicus brief, to clarify errors re 32 Amended objection by D. George Sweigert. (DPer) (Entered: 03/18/2022) |
| 03/21/2022 | Ï 35 | MOTION for leave to file an amended complaint by George Webb Sweigert. (DPer) (Entered: 03/22/2022) |
| 03/21/2022 | Ï 36 | JUDICIAL NOTICE by Jason Goodman (DPer) (Entered: 03/22/2022) |
| 03/22/2022 | Ï 37 | SECOND AMICUS REQUEST for judicial notice to supplement ECF No. 56 by D. George Sweigert. (DPer) (Entered: 03/23/2022) |
| 03/22/2022 | Ï 38 | CORRECTED SECOND AMICUS REQUEST for judicial notice to supplement ECF No. 34 by D. George Sweigert. (DPer) (Entered: 03/23/2022) |

| | | |
|---|---|---|
| 03/28/2022 | Ï 39 | NOTICE by D. George Sweigert of withdrawal of 15 , 21 , 25 , 28 and 30 Motion to intervene. (DPer) (Entered: 03/28/2022) |
| 03/28/2022 | Ï 40 | NOTICE by D. George Sweigert of withdrawal of 34 , 37 and 38 Motion to file amicus brief. (DPer) (Entered: 03/28/2022) |
| 03/29/2022 | Ï 41 | AMENDED COMPLAINT with jury demand filed by George Webb Sweigert against Jason Goodman. (Attachments: # 1 Document Continuation Exhibit 1, # 2 Document Continuation Exhibit 2) (DPer) (Entered: 03/30/2022) |
| 03/30/2022 | Ï 42 | RESPONSE TO 33 MOTION TO DISMISS/STATEMENT that plaintiff has exhausted all requests to ask defendant to cease defamations and slanders by George Webb Sweigert (DPer) (Entered: 03/31/2022) |
| 03/31/2022 | Ï 43 | AFFIDAVIT OF SERVICE/STATEMENT that plaintiff has exhausted all requests to ask defendant to cease defamations and slanders by George Webb Sweigert (DPer) (Entered: 03/31/2022) |
| 03/31/2022 | Ï 44 | DOCUMENTS filed by George Webb Sweigert (Attachments: # 1 Document Continuation) (DPer) (Entered: 03/31/2022) |
| 04/01/2022 | Ï 45 | ORDER TRANSFERRING CASE to Southern District of New York, dismissing without prejudice 8 , 18 , 22 , 23 , 25 , 26 , 33 , 35 Motions and dismissing 02/11/22 Court order to show cause. Signed by District Judge Gershwin A. Drain. (DPer) (Entered: 04/01/2022) |
| 04/01/2022 | Ï | TEXT−ONLY CERTIFICATE OF SERVICE re 45 Order Transferring Case Outside the State of Michigan on Jason Goodman at 252 7th Avenue, Apt. 6s, New York, NY 10001, George Webb Sweigert, 1671 W. Stearns Road, Suite E, Temperance, MI 48182 (TMcg) (Entered: 04/01/2022) |