D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

**April 14, 2022**

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REF:  *Sweigert v. Goodman,* 1:22-cv-02788-LGS

Dear Judge Schofield:

I write on behalf of myself, a non-attorney *pro se* potential intervenor.  I write to protect my interests to a professional reputation as a computer security expert.  I seek to intervene in this action pursuant to Rule 24 as a co-Plaintiff.

To this end I seek to re-introduce the Motion to Intervene which appears as ECF doc. 25, which was accompanied by a proposed "Intervenor Complaint" at ECF no. 21.

**D. G. SWEIGERT**

I hereby certify that a copy of this letter has been sent to Mr. Goodman at truth@crowdsourcethetruth.org and George Webb Sweigert at georg.webb@gmail.com on April 14, 2022, so said under the penalties of perjury.

**D. G. SWEIGERT**

1