D. G. SWEIGERT, C/O<br>
AMERICA'S RV MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

**April 18, 2022**

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    REF: *Sweigert v. Goodman,* 1:22-cv-02788-LGS

Dear Judge Schofield:

    I write on behalf of myself, a non-attorney *pro se* potential intervenor. I write to protect my interests to a professional reputation as a computer security expert. I seek to intervene in this action pursuant to Rule 24 as a co-Plaintiff.

    Attached to this letter is the recent ORDER of the Hon. Valerie E. Caproni.

*/s/ D. Sweigert*<br>
**D. G. SWEIGERT**

I hereby certify that a copy of this letter has been sent to Mr. Goodman at truth@crowdsourcethetruth.org and George Webb Sweigert at georg.webb@gmail.com on April 18, 2022, so said under the penalties of perjury.

*/s/ D. Sweigert*<br>
**D. G. SWEIGERT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JASON GOODMAN,                                                :
                                                              :
                              Plaintiff,                      :
                                                              :
             -against-                                        :    21-CV-10627 (VEC)
                                                              :
ADAM SHARP, TERRANCE O'REILLY,                                :          ORDER
MARGARET ESQUENET, NATIONAL                                   :
ACADEMY OF TELEVISION ARTS AND                                :
SCIENCES, ACADEMY OF TELEVISION ARTS                          :
AND SCIENCES, and FRANK SCHERMA                               :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 1, 2022, the Court informed Plaintiff that, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), he may amend his complaint once as of right, and ordered Plaintiff to do so by March 11, 2022, *see* Dkt. 37;

WHEREAS on March 15, 2022, Plaintiff filed a First Amended Complaint ("FAC"), *see* Dkt. 41;

WHEREAS on April 5, 2022, Defendants moved to dismiss the FAC, *see* Dkt. 51;

WHEREAS on April 12, 2022, Plaintiff sought leave to file a second amended complaint; *see* Dkt. 57; and

WHEREAS on April 14, 2022, Plaintiff sought leave to file a third amended complaint, *see* Dkt. 60.

IT IS HEREBY ORDERED that:

1. Plaintiff's requests for leave to file second and third amended complaints (Dkts. 57, 60) are DENIED without prejudice. Plaintiff may renew his

request for leave to amend his complaint after the Court rules on the pending motion to dismiss.

2. No further motions or filings may be filed until Defendants' pending motion to dismiss (Dkt. 51) has been fully briefed and decided. The Court reminds the parties that Plaintiff's opposition to Defendants' motion to dismiss is due April 19, 2022, and Defendants' reply is due May 6, 2022.

IT IS FURTHER ORDERED that the Initial Pretrial Conference, currently scheduled for April 22, 2022, at 11:00 a.m., is adjourned *sine die* pending a decision on Defendants' motion to dismiss. All discovery is hereby stayed until such time.

The Clerk of Court is respectfully directed to terminate the open motions at Dkt. 57 and Dkt. 60. The Clerk is further directed to mail a copy of this Order to the *pro se* Plaintiff Jason Goodman and to note the mailing on the docket.

**SO ORDERED.**

**Date: April 15, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**