UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

George Webb Sweigert,
                       Plaintiff,

-against-                        **CASE: 2: 22-cv-02788-LGS**

Jason Goodman,
   D/B/A CrowdSource The Truth
                      Defendant.

**Pro Se Intervenor**
**D. G. SWEIGERT, C/O**
AMERICA'S RV
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

**Defendant Pro Se**
**JASON GOODMAN,**
**CROWDSOURCE THE TRUTH**
252 7th Avenue, #6
New York, New York 10001
(323) 744-7594
truth@crowdsourcethetruth.org

**Plaintiff Pro Se**
GEORGE WEBB SWEIGERT
1671 W. STEARNS ROAD, SUITE E
TEMPERANCE, MI 48182
503-919-0748
Georg.webb@gmail.com

**PROPOSED INTERVENOR'S SUPPLEMENT TO ECF NO. 49**

I hereby attest that the foregoing was transmitted on May 3, 2022 (5/3/22) under the penalties of perjury.

*/s/ D. Sgt/*

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**

## PROPOSED INTERVENOR'S SUPPLEMENT TO ECF NO. 49

I hereby attest that the attached public documents are true and accurate artifacts under the penalties of perjury.

*D. Sgt*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719

**The foregoing document has been sent via e-mail message to:**

[georg.webb@gmail.com](mailto:georg.webb@gmail.com) and [truth@crowdsourcethetruth.org](mailto:truth@crowdsourcethetruth.org) on May 3, 2022, sworn under penalties of perjury

*D. Sgt*

D. G. SWEIGERT

**EXHIBIT ONE**

**https://twitter.com/XposeSTUPIDbros/with_replies**







https://twitter.com/XposeSTUPIDbros/status/1521177186304151552



[https://twitter.com/XposeSTUPIDbros](https://twitter.com/XposeSTUPIDbros)













**EXHIBIT TWO**

https://twitter.com/JGoodman_CSTT



https://twitter.com/JGoodman_CSTT/status/1519649224706637825



https://twitter.com/JGoodman_CSTT/status/1504954872273285126



**https://twitter.com/JGoodman_CSTT/status/1516050190314221570**



**https://twitter.com/JGoodman_CSTT/status/1516797415902302214**



https://twitter.com/JGoodman_CSTT/status/1519798730379169793



https://twitter.com/JGoodman_CSTT/status/1503831461341900806



**EXHIBIT THREE**

https://www.youtube.com/watch?v=qTuXPFoZERk



Crowdsource the Truth 5
Crowdsource the Truth 5
10K subscribers
SUBSCRIBED
Webb of lies falls apart as "David v Goliath" CNN case gets dismissed six ways to Sunday.
subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth subscribe to Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetru... Please sponsor the Crowdsource the Truth Counterlawfare Fund at http://www.crowdsourcethetruth.com. Become a sponsor & enjoy exclusive content on SubscribeStar & Patreon Get a FREE 3-Day trial at http://www.subscribestar.com/crowdsou... http://www.patreon.com/crowdsourcethe... http://paypal.me/crowdsourcethetruth Visit http://www.crowdsourcethetruth.com

**https://www.youtube.com/watch?v=hrPfebLivPI**



Crowdsource the Truth 5
Crowdsource the Truth 5
10K subscribers
SUBSCRIBED
#NYC #Lawfare #StupidMarioBros An amended Amicus Curiae Brief has dropped like a MOAB on the docket in Detroit sending shockwaves through Stupid Mario World.
The weather is warming up as some people face the real possibility of jail. subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth subscribe to Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetru... Please sponsor the Crowdsource the Truth Counterlawfare Fund at http://www.crowdsourcethetruth.com. Become a sponsor & enjoy exclusive content on SubscribeStar & Patreon Get a FREE 3-Day trial at
http://www.subscribestar.com/crowdsou... http://www.patreon.com/crowdsourcethe...

**EXHIBIT FOUR**

**https://twitter.com/GHenryDickface**





https://twitter.com/GHenryDickface/status/1519312008390270978

