1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGE WEBB SWEIGERT,  :
                Plaintiff,  :
                                :      22 Civ. 2788 (LGS)
      -against-  :
                                :      <u>ORDER</u>
JASON GOODMAN,  :
              Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated May 6, 2022, scheduled an initial pretrial conference for June 29, 2022;

      WHEREAS, the case is referred to Magistrate Judge Moses for general pre-trial.  It is hereby

      **ORDERED** that the initial pretrial conference scheduled for June 29, 2022, is **ADJOURNED** sine die.  A separate referral order will issue.

Dated:  June 27, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE