UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE WEBB SWEIGERT,

        Plaintiff,

-against-

JASON GOODMAN,

        Defendant.

22-CV-2788 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Proposed intervenor D. George Sweigert's unauthorized filing, titled "Proposed-Intervenor's Supplement to ECF no. 49" (Dkt. No. 65), is hereby STRICKEN. *See* Order Scheduling Initial Case Management Conference dated June 29, 2022 (Dkt. No. 64), at 1 n.1.

Dated: New York, New York
       June 30, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**