UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE WEBB SWEIGERT,

    Plaintiff,

-against-

JASON GOODMAN,

    Defendant.

22-CV-2788 (LGS) (BCM)

**ORDER RE ADJOURNMENT REQUEST**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated June 29, 2022 (Dkt. No. 64), the Court scheduled an in-person initial case management conference for 10:00 a.m. on July 20, 2022, and further directed:

> If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known. Please see § 2(a) of Judge Moses's Individual Practices for a description of what information must be contained in that letter.

On July 14, 2022, chambers received a telephone call from *pro se* plaintiff George Webb Sweigert, who stated that he had contracted COVID-19 and requested that the July 20 conference be rescheduled or that he be permitted to appear remotely. Plaintiff was reminded that all such requests must be made by letter-application in compliance with Judge Moses's Individual Practices, available at https://nysd.uscourts.gov/hon-barbara-moses. No letter-application regarding the July 20 conference has been received to date.

Dated: New York, New York
       July 15, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**