UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **George Webb Sweigert ,** : | |
| : | |
| Plaintiff, : | CASE: 1: 22-cv-02788-BCM |
| : | |
| V. : | US DISTRICT COURT JUDGE |
| : | |
| : | Judge Barbara C. Moses |
| : | |
| **Jason Goodman** , : | MOTION FOR CHANGE OF VENUE |
| : | |
| Defendant, | |

1. Now comes George Webb Sweigert, Plaintiff in Sweigert v Defendant Jason Goodman, Southern District Of New York, Case Number **1: 22-cv-02788-BCM**.

2. The Plaintiff makes only a limited appearance here for purposes of making this motion, and does not subject personal jurisdiction to the Southern District of New York.

3. Plaintiff moves for a change of Venue in this case because Jurisdiction is properly placed in Michigan where Plaintiff lived at time of filing Complaint, and the Eastern District Michigan of is where all the injuries occurred, and the residence of all the witnesses to this case.

4. The Defendant entered the Federal District Court of the Eastern District of Michigan twice and accused an Officer of the Court of Felony Conspiracy of Fraud on the Court with the Plaintiff in writing in that Court. The Plaintiff repeated these claims numerous times on social media live stream fundraisers, including from the State of Michigan.

5. The Plaintiff does not do business in Southern District of New York, and there is no personal jurisdiction over the Plaintiff in the Southern District of New York.

6. Because the witnesses the Plaintiff intends to call are all officers of the Court in the Eastern District of Michigan, it will be very difficult to arrange travel for these Court Officers and arrange times in their busy schedules. Depositions most economically would occur in Michigan.

7. Venue of the Southern District of New York unfairly favors the Defendant who lives in New York City who entered into the Eastern District of Michigan Court twice to make his Fraud on the Court allegations in writing to Court officers. Clearly, the Defendant gave up his personal jurisdiction when he crossed that line to make those allegations.

8. Respectfully, the Plaintiff asks the Court to attend thel pre-trial meeting scheduled for July 20th, 2022 by Zoom call since the Plaintiff now lives in Atlanta, and the Plaintiff has COVID.

9. I hereby certify this Letter Motion was submitted this 16th day of July, 2022,

George Webb Sweigert (pro se),

209 St. Simons Cove
Peachtree City, Georgia

Signed this day 16th day of July, 2022