UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **George Webb Sweigert ,** | : |
| Plaintiff, | : CASE: 1: 22-cv-02788-BCM |
| V. | : US DISTRICT COURT JUDGE |
| | : Judge Barbara C. Moses |
| **Jason Goodman** , | : NOTICE OF VOLUNTARY DISMISSAL |
| | : PURSUANT TO |
| | : F.R.C.P. 41(a)(1)(A)(i) |
| Defendant, | |

1. Now comes George Webb Sweigert, Plaintiff in Sweigert v Defendant Jason Goodman, Southern District Of New York, Case Number **1: 22-cv-02788-BCM**.

2. The Plaintiff makes only a limited appearance here for purposes of making this motion, and does not subject personal jurisdiction to the Southern District of New York.

3. Due the Plaintiff having a severe case of COVID in Georgia with an inability to travel to New York for this Wednesday's in person pre-trial hearing, I wish to voluntarily dismiss this action. I wish to retain my right to refile this action in a more appropriate Jurisdicion.

4. NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, George Webb Sweigert, by his own pro se counsel, hereby give notice

   that the abovecaptioned action is voluntarily dismissed, without prejudice against the Defendant Jason Goodman.

9. I hereby certify this Letter Motion was submitted this 18th day of July, 2022,

*[signature: George Sweigert]*

George Webb Sweigert (pro se),

209 St. Simons Cove
Peachtree City, Georgia

Signed this day 18th day of July, 2022