# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

George Webb Sweigert ,                   :
                                         :
    Plaintiff,                       : **CASE: 1: 22-cv-02788-BCM**
                                         :
V.                                       : **US DISTRICT COURT JUDGE**
                                         :
                                         : **Judge Barbara C. Moses**
                                         :
Jason Goodman          ,                 : **NOTICE OF VOLUNTARY DISMISSAL**
                                         : **PURSUANT TO**
                                         :
                                         : **F.R.C.P. 41(a)(1)(A)(i)**  Application GRANTED.  The case is
                                                                       dismissed without prejudice.
    Defendant,

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: July 19, 2022
New York, New York

1. Now comes George Webb Sweigert, Plaintiff  in Sweigert v Defendant Jason Goodman, Southern District Of New York, Case Number **1: 22-cv-02788-BCM**.

2. The Plaintiff makes only a limited appearance here for purposes of making this motion, and does not subject personal jurisdiction to the Southern District of New York.

3. Due the Plaintiff having a severe case of COVID in Georgia with an inability to travel to New York for this Wednesday's in person pre-trial hearing, I wish to voluntarily dismiss this action.  I wish to retain my right to refile this action in a more appropriate Jurisdicion.

4. NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, George Webb Sweigert,  by his own pro se  counsel, hereby give notice

that the abovecaptioned action is voluntarily dismissed, without prejudice against the Defendant Jason Goodman.

9.    I hereby certify this Letter Motion was submitted this 18th day of July, 2022,

George Webb Sweigert (pro se),


209 St. Simons Cove
Peachtree City, Georgia

Signed this day 18th day of July, 2022